

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GROVER SELLERS
~~XXXXXXXXXX~~
ATTORNEY GENERAL

Honorable Ben J. Dean
District Attorney
Stephens County
Breckenridge, Texas

Dear Sir:

Opinion No. O-6904
Re: Whether H.B. No. 247, Acts 49th
Leg., 1945, affects the compen-
sation of jury commissioners.

     We are in receipt of your letter of recent date re-
questing the opinion of this department on the above stated
matter. We quote from your letter, as follows:

    "I would appreciate it if you would kindly
advise me whether under H.B. No. 247, Chapter 239,
passed by the 49th Regular Session of the Legis-
lature, relating to the compensation to be paid
jurors, veniremen and talismen, serving in the
courts of this State, if jury commissioners are
entitled to be paid $4.00 per day instead of
$3.00 per day."

     In Opinion No. O-6648, this department passed on cer-
tain questions relative to the construction of House Bill No.
247, and we are enclosing herewith a copy of said opinion for
your convenience.

     We note that H.B. No. 247 amends Articles 625 and
1056 of the Code of Criminal Procedure and Article 2122, Re-
vised Civil Statutes, and repeals Article 1057 of the Code of
Criminal Procedure. The above mentioned Articles, which are
amended by H.B. No. 247, are applicable to the compensation of
petit and grand jurors and do not govern the compensation of
jury commissioners. It is therefore our opinion that H.B. No.
247 does not authorize an increase in the compensation of jury
commissioners.

     We trust that the foregoing satisfactorily answers
your inquiry.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By s/J. A. Ellis
J. A. Ellis
Assistant

JAE:LJ:wc
encl.

APPROVED NOV  3, 1945
s/Carlos C. Ashley
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee by s/BWB Chairman